■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE P. KASAPIS, on Behalf of JOSEPH PAPPAS, Petitioner, v MARTIN F. HORN, Respondent. [817 NYS2d 914]—Writ of habeas corpus in the nature of an application for bail reduction upon Queens County indictment No. 363/06 to release the defendant on his own recognizance.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Florio, J.P., Adams, Santucci and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW MILLER, on Behalf of LARRY CLARKE, Petitioner, v BRIAN RIORDAN, Respondent. [817 NYS2d 903]—Writ of habeas corpus in the nature of an application to reduce bail upon Kings County indictment No. 1502/06, or in the alternative, to allow the petitioner to reinstate an insurance company bail bond in the sum of $75,000.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of allowing the petitioner to reinstate the insurance company bail bond in the sum of $75,000 already posted upon Kings County indictment No. 1502/06; in the event that the insurance company bail bond in the sum of $75,000 has not been exonerated and returned to the person who posted it, then the bond already posted upon Kings County indictment No. 1502/06 shall satisfy the $75,000 bail required. Schmidt, J.P., Mastro, Dillon and Covello, JJ., concur.